

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00433-CV

Rashin **MAZAHERI** and Eleven Eleven Enterprises LLC,
Appellants

v.

**ROSENBLATT LAW FIRM**, James Rosenblatt, and Jennifer B. Rosenblatt
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-03260
Christine Vasquez Hortick, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

The Clerk of the Court is DIRECTED to restyle "Rosenblatt Law Firm, James Rosenblatt, Jennifer B. Rosenblatt, and Robert A. Plada," to "Rosenblatt Law Firm, James Rosenblatt, and Jennifer B. Rosenblatt."

In accordance with this court's opinion of this date, the judgment is AFFIRMED.

SIGNED June 25, 2025.

_____
Velia J. Meza, Justice